# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| ANTHONY C. PITRE | CIVIL ACTION NO. 14-2643-P |
| VERSUS | JUDGE ELIZABETH FOOTE |
| ROD BOYER, ET AL. | MAGISTRATE JUDGE HORNSBY |

**CONSOLIDATED WITH**

| | |
|---|---|
| ANTHONY C. PITRE | CIVIL ACTION NO. 14-2644-P |
| VERSUS | JUDGE ELIZABETH FOOTE |
| ROD BOYER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's consolidated complaints are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this ___ day of February, 2017.

_____
Elizabeth Erny Foote
United States District Judge